

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2020

No. 04-20-00023-CV

Robert **THOMPSON**,
Appellant

v.

Robert **NIETO**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV08856
Honorable J Frank Davis, Judge Presiding

# O R D E R

Pending before the court is a motion for writ of possession filed by appellant. The motion is DENIED. Any issues raised on appeal regarding possession will be resolved after the complete appellate record is filed and the issues are fully briefed.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court